# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORNWELL, | Case No. CV 11-745 MRW |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: January 10, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE