# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORNWELL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. <br> _____ | Case No. CV 11-745 MRW <br><br> JUDGMENT |

    The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: January 10, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE